**United States Bankruptcy Court**
**Southern District Of Indiana**
**Indianapolis Division**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case Number: |
| ATA Airlines, Inc. | ) | **08-03675-BHL-11** |
| SSN: NA          EIN: 35-1305077 | ) | |
| fka American Trans Air Inc. | ) | |
| Debtor(s) | ) | |
| JLL Consultants, Inc., The Unsecured Creditor Trustee | ) | |
| Plaintiff(s) | ) | Adversary Case Number. |
| vs. | ) | **10-50351** |
| | ) | |
| Dublin Airport Authority PLC, | ) | |
| Defendant(s) | ) | |

**CERTIFICATE OF SERVICE REGARDING**
**SUMMONS IN AN ADVERSARY PROCEEDING**

I, Mark A. Drummond, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this summons and a copy of the complaint was made on September 8, 2010 by one of the following methods:

☐     **Mail service**: Regular, first class United States mail, postage fully pre-paid.  (**List names/addresses below.**)

☐     **Personal Service**: By leaving the process with the defendant or with an officer or agent of defendant. (**List names, addresses below**.)

☐     **Residence Service**: By leaving the process with an adult.  (**List names/addresses below**.)

☐     **Certified Mail Service on an Insured Depository Institution**: By sending the process by certified mail addressed to the following officer of the defendant.  (**List names/addresses below**.)

☐     **Publication**: The defendant was served as follows in the space below.

☐     **State Law**: The defendant was served pursuant to the laws of the State of _____ (U.S. state), as follows in the space below.

[**X**]     **Foreign Service**: The defendant was served pursuant to the Hague Convention or other appropriate method of foreign service, as follows in the space below.

**LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEFENDANT WAS SERVED:**

The summons and complaint were sent to APS International in Bloomington Minnesota via overnight courier on September 8, 2010.  APS has been retained as Plaintiff's agent for service of process of adversary complaints upon defendants located outside the United States, including the Defendant in this adversary proceeding.  APS International will take the necessary and appropriate action to serve the complaint and summons pursuant to the Hague Convention or other appropriate means to effectuate service, and will supply the undersigned with proof of service.  The undersigned will then file such proof of service with the Clerk of Court.  Please note that foreign service pursuant to the Hague Convention or other appropriate method can take anywhere from 1 month to 1 year.

**Under penalty of perjury, I declare that the foregoing is true and correct.**

| | | |
|---|---|---|
| **Mark A. Drummond** | **October 13, 2010** | **HOSTETLER & KOWALIK, P.C.** |
| Signature | Date | Business Address |
| | | **101 West Ohio Street, Suite 210** |
| */s/ Mark A. Drummond* | | **Indianapolis, IN  46204** |
| Printed Name | | Business City, State, and Zip |