UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
)
)
ATA AIRLINES, INC.,                    )          CASE NO.: 08-03675-BHL-11
)
Debtor.            )
)
_____ )
)
JLL CONSULTANTS, INC.,  the            )
Unsecured Creditor Trustee,            )
)
Plaintiff,          )
)
v.                                     )          Adv. Proc. No. 10-50351
)
DUBLIN AIRPORT AUTHORITY, PLC,         )
)
Defendant.          )

## NOTICE OF DISMISSAL

Plaintiff JLL Consultants, Inc., The Unsecured Creditor Trustee, pursuant to Federal Rule

of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(i), hereby

voluntarily dismisses this adversary proceeding.

Dated this 28th day of September, 2012.


FROST BROWN TODD LLC



_____/s/ Jeremy M. Dunn_____
Jeremy M. Dunn
*Attorney for Plaintiff JLL Consultants, Inc.,*
*The Unsecured Creditor Trustee*

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2012, a copy of the foregoing *Notice of Dismissal* was filed electronically. Notice of this filing will be sent to the following parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Jeffrey A. Hokanson
jhokanson@fbtlaw.com

Jeremy M. Dunn
jdunn@fbtlaw.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

_____ */s/ Jeremy M. Dunn* _____
Jeremy M. Dunn

I further certify that on September 28, 2012, a copy of the foregoing was served via international mail upon the following:

Dublin Airport Authority, PLC
Dublin Airport
County Dublin, Ireland

_____ */s/ Jeremy M. Dunn* _____
Jeremy M. Dunn

Jeremy M. Dunn
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46204-0961
Phone: (317) 237-3270
Fax: (317) 237-3900
jdunn@fbtlaw.com

INDLibrary1 0123283.0590231 1088430v1